**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| IN RE: <br> Pete J. Kinney <br><br> Debtor | Case No: 23-31301 <br> Chapter 13 <br><br> JUDGE GUY R. HUMPHREY |

**CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION
OF AMENDED PLAN (DOC 25 )**

The Chapter 13 Trustee objects to confirmation of the Debtor's amended plan (Doc 25 ), and as provided by 11 U.S.C.§1302(b)(2) recommends the plan not be confirmed, all as more fully set forth in the attached memorandum.

A plan has not been confirmed.

                                                                                /s/ John G. Jansing
                                                        John G. Jansing  0040926
                                                        Chapter 13 Trustee
                                                        409 E Monument Ave. Suite 410
                                                        Dayton, OH  45402-1161
                                                        (937) 222-7600  FAX (937) 222-7383
                                                        email: chapter13@dayton13.com

23-31301 KINNEY

The Debtor has filed an amended plan that leaves the monthly plan payment set at $1235.00 and increases the percent to be paid to the general unsecured creditors from 0% to 5%.

The Trustee's analysis is that the plan will not complete in 60 months as required by 11 U.S.C. §1322(d). The plan appears to be closer to a 66 month plan. The Trustee's further analysis is that the plan would need payments of $1296.00 per month to complete in 60 months.

a

## **CERTIFICATE OF SERVICE** 23-31301

    I hereby certify that a copy of the Chapter 13 Trustee's Objection To Confirmation Of Amended Plan was served **electronically** on the date of the filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **First Class Mail** on December 8, 2023 addressed to:

Pete J. Kinney
1625 Cornell Dr.
Dayton, OH 45406

                                                    /s/ John G. Jansing
                                                    John G. Jansing, Trustee

P208