**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: January 10, 2024**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | Case No: 23-31301 |
|---|---|
| Pete J. Kinney | Chapter 13 |
| Debtor | JUDGE GUY R. HUMPHREY |

**AGREED ORDER RESOLVING CHAPTER 13 TRUSTEE'S OBJECTIONS TO CONFIRMATION, AMENDING PLAN (DOC. 25) AT BAR
and ORDERING TRUSTEE TO SUBMIT A CONFIRMATION ORDER**

   This matter was scheduled for hearing on January 11, 2024, upon the Debtor's Amended Chapter 13 Plan (Doc. 25), and the Chapter 13 Trustee's Objections (Docs. 15 & 28).

   In accordance with the parties agreement resolving the Chapter 13 Trustee's objections,

   IT IS ORDERED that the Debtor's Amended Plan be amended as follows:

1) The Chapter 13 Trustee's objections are hereby resolved;

2) increase plan payments to $1,296.00 per month;

IT IS FURTHER ORDERED the Trustee shall submit a proposed confirmation order to the court.

IT IS SO ORDERED.

Approved By:

/S/ John G. Jansing

John G. Jansing  0040926
Chapter 13 Trustee
409 E Monument Ave. Suite 410
Dayton, OH  45402-1161
(937) 222-7600  FAX (937) 222-7383
email: chapter13@dayton13.com

/S/  Thomas M Fesenmyer

Thomas M Fesenmyer  0073901
ATTORNEY FOR DEBTOR
Fesenmyer Cousino Weinzimmer
120 West Second St.
Suite 333
DAYTON, OH  45402
(937) 222-7472  FAX (614) 228-4436
email: tom@fcwlegal.com

**Copies To:**
Default List.